UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW ZHANG, on behalf of himself and
all others similarly situated,

                              Plaintiffs,

                -against-

ALPHA I MARKETING CORP.,

                              Defendant.

1:25-cv-00500 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and

complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle

this action.  In their discussions, the parties should consider whether plaintiff has satisfied the

threshold requirement of standing.  *See, e.g.*, *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68, 77–78

(2d Cir. 2022); *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 443–44 (2d Cir. 2022).  To the extent

the parties are unable to settle the case themselves, they must also discuss whether further

settlement discussions through the district's court-annexed mediation program or before a

magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five

(45) days of service of the summons and complaint), the parties must submit a joint letter informing

the Court whether the parties have settled.  If the parties do not reach a settlement, the parties shall

in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a

settlement conference (and indicate a preference between the two options), or (2) proceed with an

initial status conference.

Dated: January 21, 2025                          SO ORDERED.
        New York, New York

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge