UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

ANDREW ZHANG, on behalf of herself and all others similarly situated,

                        Plaintiff,

   -v.-

Alpha I Marketing Corp.,

                        Defendants.

------------------------------------------------------------------------x

Civil Action No:
1:25-cv-00500-JLR

## **NOTICE OF SETTLEMENT**

      Please take notice that the parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated: March 18, 2025

                                              Respectfully Submitted,

                                              */s/ Uri Horowitz, Esq.*
                                              Uri Horowitz, Esq.
                                              **Horowitz Law, PLLC**
                                              144-41 70th Road
                                              Flushing, NY 11367
                                              uri@horowitzlawpllc.com
                                              Tel. (718) 705-8700
                                              Fax (718) 705-8705
                                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on March 18, 2025 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

| | |
|---|---|
| This 18th day of March, 2025 | Respectfully Submitted, |
| | */s/ Uri Horowitz* <br> Uri Horowitz, Esq. |